UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LYNDON-DFS WARRANTY SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:03CV00038 HEA |
| vs. | ) ) ) | |
| OLD UNITED CASUALTY COMPANY, MPP CO., INC. DRI SOUTH, INC., DEALERS DIVERSIFIED SYSTEMS, INC., AND JOHN JAMESON | ) ) ) ) ) | |
| Defendants. | ) | |

## DISMISSAL WITH PREJUDICE

Comes now Plaintiff, Lyndon-DFS Warranty Services, Inc., and dismisses its causes of

action against all defendants with prejudice.  All parties will bear their respective costs.

Kenneth J. Mallin  #3732
Amy J. Thompson #68844
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102 2750

Attorneys for Plaintiff
Lyndon-DFS Warranty Services, Inc.

Of Counsel:

BODMAN, LONGLEY & DAHLING LLP
Thomas J. Tallerico (P23662)
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
(313) 259-7777

June 7, 2005

Certificate of Service

A copy of the forgoing motion was served via facsimile and by depositing it in the U.S. Mail, first class postage prepaid, on counsel for defendants Old United Casualty Co. and MPP Co., Inc., Jon Santangelo, Stinson Morrison Hecker LLP, 100 South Fourth St., Ste. 700, St. Louis, MO 63102 and on counsel for defendants DRI South, Inc., Dealers Diversified Systems, Inc., and John Jameson, Thomas A. Durphy, Kohn, Shands, Elbert, Gianoulakis & Giljum, LLP, One US Bank Plaza, Suite 2410, St. Louis, MO  63101, on this the 7th day of June, 2005..